### In re WELCH.

### WELCH v. BEISEKER.
### No. 8838.

District Court, D. North Dakota.
Sept. 19, 1934.

Aloys Wartner, of Harvey, N. D., for trustee.

H. B. Senn, of Harvey, N. D., for bankrupt.

MILLER, District Judge.

This matter came on for hearing upon the petition of the bankrupt for a review of the

order made by John H. Lewis, referee in bankruptcy, on April 4, 1934, dismissing the order to show cause and confirming the trustee's action in refusing to set apart exemptions, and was submitted upon briefs, and now, after due consideration, it is ordered that the order of the referee of date April 4, 1934, be, and the same hereby is, affirmed.